UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:14-CR-90 RM |
| ) | |
| DERRICK SMITH ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty entered on January 6, 2015. Accordingly, the court ADOPTS those findings and recommendations [docket # 15], ACCEPTS defendant Derrick Smith's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:   January 26, 2015

/s/ Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana